UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PUMP & BRUSH FINLAND OY, a foreign corporation,

      Plaintiff

v.

PHILIPS ORAL HEALTHCARE, INC., f/k/a OPTIVA CORPORATION, a Washington corporation, PHILIPS ORAL HEALTHCARE WORLDWIDE SALES CORPORATION, a Washington corporation, PHILIPS ELECTRONICS NORTH AMERICA CORP, a Delaware corporation, and CVS CORPORATION, a Delaware corporation,

      Defendants
_____/

CASE NO.: 8:06-CV-01531-T-17EAJ

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Pump & Brush Finland Oy, by its attorneys and for its Amended Complaint, alleges as follows:

### THE PARTIES

1. Plaintiff, Pump & Brush Finland Oy, is a Finnish corporation having a place of business at Hallalahdentie 4 B 4, 73600 Kaavi, Finland.

2. Upon information and belief, Defendant Philips Oral Health Care, Inc. f/k/a Optiva Corporation is a Washington corporation having a place of business at 35301 SE Center Street, Snoqualmie, Washington 98065.

3. Upon information and belief, Defendant Philips Oral Healthcare Worldwide Sales Corporation, is a Washington corporation having a place of business at 35301 SE Center Street, Snoqualmie, Washington 98065.

4. Upon information and belief, Defendant Philips Electronics North America Corp, is a Delaware corporation having a place of business at 1251 Avenue of the Americas, New York, New York 10020.

5. Upon information and belief, Defendant CVS Corporation, is a Delaware corporation having a place of business at One CVS Drive, Woonsocket, RI 02895, and controls or operates a number of retail locations in Florida through a number of limited liability corporations and subsidiaries, which it directly controls.

## JURISDICTION AND VENUE

6. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

7. Venue in this Court is based upon 28 U.S.C. §§ 1391 and 1400(b), in that Defendants reside in this District and have committed tortious acts within this District or operate, engage in or carry on a business venture in this District or have an office or agency in this District.

## CLAIM FOR PATENT INFRINGEMENT

8. Plaintiff owns U.S. Patent No. 5,918,995, entitled "Toothbrush with Pump" which was duly and legally issued by the United States Patent and Trademark Office on July 6, 1999 (a copy provided as Exhibit 1).

9. Defendants have committed direct acts of infringement of the patent in suit by making, using, offering to sell and/or selling in the United States and in this District devices embodying inventions claimed in the patent in suit, in this judicial district and elsewhere,

including products marketed under the name of IntelliClean System and Sonicare, and will continue to do so unless enjoined by the Court.

10. Upon information and belief, Defendants Philips Oral Healthcare, Inc., Philips Oral Healthcare Worldwide Sales Corporation, Philips Electronics North America Corp., and CVS have actively induced and currently are actively inducing others to infringe one or more claims of the patent in suit through its sale and promotion of certain products, including products marketed under the name IntelliClean Systems and Crest IntelliClean Fluoride Anticavity Toothpaste Refill Cartridge, and will continue to do so unless enjoined by this Court.

11. Upon information and belief, Defendants Philips Oral Healthcare, Inc., Philips Oral Healthcare Worldwide Sales Corporation, Philips Electronics North America Corp., and CVS have contributorily infringed and currently are contributorily infringing the patent in suit by its offer for sale and sale of certain products, including products marketed under the name IntelliClean Systems and Crest IntelliClean Fluoride Anticavity Toothpaste Refill Cartridge, and will continue to do so unless enjoined by this Court.

9. Plaintiff has put Defendants Philips Oral Healthcare, Inc., Philips Oral Healthcare Worldwide Sales Corporation, and Philips Electronics North America Corp's on actual notice of the patent in suit, and Defendants' infringement, inducement of infringement and contributory infringement have been and continue to be willful, intentional and deliberate.

10. Plaintiff has been damaged by the infringing acts of Defendants.

WHEREFORE, Pump & Brush Finland Oy demands judgment against Defendants, their affiliates, officers, agents, servants, and all other persons in active concert or participation with them, as follows:

  A. That a judgment be entered that Defendants have infringed, actively induced others to infringe, and/or contributorily infringed the patent in suit;

  B. That Defendants, their agents, sales representatives, distributors, servants and employees, attorneys, affiliates, subsidiaries, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or in participation with any or all of them, be enjoined and restrained permanently, from infringing, actively inducing others to infringe, and/or contributorily infringing the patent in suit;

  C. An award to Plaintiff of such damages as Plaintiff shall prove at trial against Defendants, adequate to compensate Plaintiff for Defendants' infringement, but in no event less than a reasonable royalty, together with prejudgment interest and costs;

  D. A determination of willful infringement pursuant to 35 U.S.C. § 284, and an award to Plaintiff of three times the amount of damages so determined;

  E. A finding that this case is exceptional pursuant to 35 U.S.C. § 285, and an award to Plaintiff of its costs and reasonable attorneys' fees;

  F. That Defendants be required to file with the Court within thirty (30) days after entry of final judgment of this cause a written statement under oath setting forth the manner in which Defendants have complied with the final judgment; and

  G. Such other and further relief as deemed just and equitable.

## JURY DEMAND

Pump & Brush Finland Oy hereby demands and requests trial by jury of all issues raised that are triable by jury.

DATED: September 27, 2006         By: _____
James M. Matulis
Florida Bar No: 0077429
TRIAL COUNSEL
Christopher Paradies
Florida Bar No. 0013014
FOWLER WHITE BOGGS BANKER
P.O. Box 1438
Tampa, FL 33601
Telephone: (813) 228-7411
Fax No: (813) 229-8313
Email: jmatulis@fowlerwhite.com
Email cparadies@fowlerwhite.com

#2542648v1