# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PUMP & BRUSH FINLAND OY, a foreign corporation,

    Plaintiff/Counterdefendant

v.

PHILIPS ORAL HEALTHCARE, INC., f/k/a OPTIVA CORPORATION, a Washington corporation, PHILIPS ORAL HEALTHCARE WORLDWIDE SALES CORPORATION, a Washington corporation, PHILIPS ELECTRONICS NORTH AMERICA CORP, a Delaware corporation, and CVS CORPORATION, a Delaware corporation,

    Defendants/Counterplaintiffs
_____/

CASE NO.: 8:06-CV-01531-T-17EAJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-styled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the above-captioned action, including all claims and counterclaims, with prejudice, each party to bear its own attorneys fees and costs. The parties also hereby stipulate that this Court retain jurisdiction solely for the purpose of enforcing the settlement agreement entered into by the parties.

## (THIS SPACE INTENTIONALLY LEFT BLANK)

PUMP & BRUSH FINLAND OY

By its attorneys,

BY _____     Date: May 24, 2007
James Matulis, Esq.
Florida Bar No. 077429
TRIAL COUNSEL
Christopher Paradies
Florida Bar No. 0013014
**FOWLER WHITE BOGGS BANKER**
P.O. Box 1438
Tampa, FL 33601
Telephone: (813) 228-7411
Fax No: (813) 229-8313
Email: jmatulis@fowlerwhite.com
Email: cparadies@fowlerwhite.com

PHILIPS ORAL HEALTHCARE, INC., f/k/a OPTIVA CORPORATION, PHILIPS ORAL

HEALTHCARE WORLDWIDE SALES CORPORATION, PHILIPS ELECTRONICS NORTH

AMERICA CORP, and CVS CORPORATION

By their attorney,

BY _____     Date: May 24, 2007
Thomas F. Munro, II, Esquire
Florida Bar No. 382027
TRIAL COUNSEL
**FOLEY & LARDNER LLP**
100 North Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: (813) 229-2300
Fax No: (813) 229-2300
Email: tmunro@foley.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  May 24, 2007 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Thomas F. Munro, II,** Trial Counsel, Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, FL  33602 and **Brian J. McNamara, Esq.** Foley & Lardner LLP, Washington Harbour, 3000 K Street, N.W., Suite 500, Washington, D.C.  20007-5143.

s/James M. Matulis
Attorney