# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PUMP & BRUSH FINLAND OY, a foreign corporation,

      Plaintiff/Counterdefendant

v.

PHILIPS ORAL HEALTHCARE, INC., f/k/a OPTIVA CORPORATION, a Washington corporation, PHILIPS ORAL HEALTHCARE WORLDWIDE SALES CORPORATION, a Washington corporation, PHILIPS ELECTRONICS NORTH AMERICA CORP, a Delaware corporation, and CVS CORPORATION, a Delaware corporation,

      Defendants/Counterplaintiffs     /

CASE NO.: 8:06-CV-01531-T-17EAJ

**ORDER OF DISMISSAL**

      The Court having been advised that this matter has been compromised and settled between the parties, it is

      ORDERED:

      1.    This cause, including all claims and counterclaims, is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

      2.    This Court shall retain jurisdiction solely for the purpose of enforcing the settlement agreement entered into by the parties.

Case No. 8:06-CV-1531-T-17EAJ

     3.     The Clerk of Court shall enter judgment accordingly.

DONE AND ORDERED in Chambers, in Tampa, Florida on this 24th day of May, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record